| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 12 | QING HE, | ) |
| 13 | Plaintiff, | ) No. C 07-4139 MJJ<br>) |
| 14 | v. | )<br>) |
| 15 | ALBERTO GONZALES, United States Attorney | ) **STIPULATION TO DISMISS; AND**<br>) ~~[PROPOSED]~~ **ORDER** |
| 16 | General, United States Department of Justice;<br>MICHAEL CHERTOFF, Secretary, Department | )<br>) |
| 17 | of Homeland Security;<br>EMILIO T. GONZALEZ, Director, United States | )<br>) |
| 18 | Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, | )<br>) |
| 19 | United States Citizenship and Immigration<br>Services; | )<br>) |
| 20 | ROBERT S. MUELLER III, Director of the<br>Federal Bureau of Investigations; | )<br>) |
| 21 | Defendants. | )<br>) |
| 22 | | |

23  Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

25 action without prejudice in light of the fact that the United States Citizenship and Immigration

26 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

27 within 30 days of the dismissal of this action.

28  Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-4139 MJJ                                          1

| | | |
|---|---|---|
| 1 | Date: September 28, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 28, 2007

/s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10 / 13 / 2007

MARTIN J. JENKINS
United States District Judge

Stipulation to Dismiss
C07-4139 MJJ                           2